IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNIFER LEVAN, :

        Plaintiff,

Case No. 3:12-cv-008

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant. :

## ORDER

This matter comes before the Court on the parties' Agreed Petition to an Award of Attorney Fees Under the Equal Access to Justice Act.

The Court, having read the Agreed Petition and being duly advised now GRANTS said request, and hereby GRANTS the Agreed Petition for An Award of Attorney Fees under the Equal Access to Justice Act and ORDERS that Plaintiff be awarded attorney fees and expenses in the total amount of $1,700.00 under the EAJA, 28 U.S.C. § 2412, in costs payable to Plaintiff, Jennifer LeVan. After entry of this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

October 5, 2012.

                                            Walter Herbert Rice
                                            United States District Judge